946

No. 92–5895. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5900. BENJAMIN v. HAWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5908. WEAVER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5912. BUTLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5913. USHERY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5924. WALKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5936. GEBOW v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5937. GARRISON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5949. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5952. GAETANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5960. HOUSLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5970. HOLGUIN v. HUGHES ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1740. LOCAL UNION NUMBER 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS v. WICKHAM CONTRACTING CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–339. BOWERS v. TAYLOR. C. A. 8th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.